[No. 5046–1.    Division One.    October 23, 1978.]

HARRY WESTON, ET AL, *Respondents,* v. NEW BETHEL
MISSIONARY BAPTIST CHURCH, ET AL,
*Appellants.*

IVORY SLACK, ET AL, *Respondents,* v. NEW BETHEL
MISSIONARY BAPTIST CHURCH, ET AL,
*Appellants.*

HARRY HURWITZ, ET AL, *Respondents,* v. NEW
BETHEL MISSIONARY BAPTIST CHURCH, ET AL,
*Appellants.*

Appeal from judgments of the Superior Court for King
County, Nos. 791726, 802789, 803788, Nancy A. Holman, J.,

entered September 1, 1976. *Affirmed* by unpublished opinion per Dore, J., concurred in by Farris, C.J., and Pearson, C.J.